# Third District Court of Appeal

## State of Florida

Opinion filed June 12, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0159
Lower Tribunal No. F18-20932C
_____

**Santy Castillo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Santy Castillo, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See State v. McBride, 848 So. 2d 287, 289–90 (Fla. 2003); Downs v. State, 740 So. 2d 506, 518 (Fla. 1999); Card v. Dugger, 512 So. 2d 829, 830 (Fla. 1987); Parks v. State, 101 So. 3d 1265, 1265 (Fla. 4th DCA 2012); Wimberly v. State, 50 So. 3d 785, 788 (Fla. 4th DCA 2010); see also McClenney v. State, 351 So. 3d 649, 652 (Fla. 3d DCA 2022); Patton v. State, 878 So. 2d 368, 375 (Fla. 2004); Grosvenor v. State, 874 So. 2d 1176, 1179 (Fla. 2004).